UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
JUN 27 2016
6-27-16 JJR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Brandon Jamel Carter

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart, Paramedic Bain, Sgt. Houston, Nurse Hearthy-smith, Nurse Hayes, Officer Etapa, Nurse Abna, Sgt. Doody, Sgt. Crump, Officer Toledo, Officer Cortez

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case N_____
(To be supplied by the Clerk of this Court)

16c 6750
Judge John W. Darrah
Magistrate Judge Susan E. Cox
PC 2

CHECK ONE ONLY:

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
      U.S. Code (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Brandon Jamel Carter

B. List all aliases: Jacquese Carter, Gregory Green

C. Prisoner identification number: 0537243/20120971708

D. Place of present confinement: Cook County Department of Corrections

E. Address: P.O. Box 089002 Chicago, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart

   Title: Cook County Sheriff

   Place of Employment: Cook County Jail

B. Defendant: Paramedic/EMT Bain

   Title: Paramedic/EMT/Medical Technichian

   Place of Employment: Cook County Jail Division 10

C. Defendant: Sgt. Houston

   Title: Cook County Sheriff Deputy Sgt.

   Place of Employment: Cook County Jail Division 10

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

D. Defendant: Nurse Heartly-Smith
   Title: Nurse
   Place of Employment: Cook County Jail Division 10

E. Defendant: Nurse Heyes
   Title: Nurse
   Place of Employment: Cook County Jail Division 10

F. Defendant: Officer Etapa
   Title: Sheriff Deputy
   Place of Employment: Cook County Jail Division 10

G. Defendant: Nurse Abna
   Title: Nurse
   Place of Employment: Cook County Jail Division 10

H. Defendant: Sgt. Crump
   Title: Sheriff Deputy Sgt.
   Place of Employment: Cook County Jail Division 10

I. Defendant: Sgt. Doody
   Title: Sheriff Deputy Sgt.
   Place of Employment: Cook County Jail Division 10

J. Defendant: Officer Taledo
   Title: Sheriff Deputy
   Place of Employment: Cook County Jail Division 10

K. Defendant: Officer Cortez
   Title: Sheriff Deputy
   Place of Employment: Cook County Jail Division 10

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On November 7th, 2015 I Brendon Carter #20120721208 was housed in division 10 on the unit 3D, where I fell very hard and injured my left leg and back. It was around 9:30 p.m. Officer Cortez was working the unit in which at the time he was locking doors because it was lock up time. I could not move at all and my vision was blurry from the impact of me hitting my head on the floor also. It took a very long time for medical staff to respond to my serious medical emergency and I was in a large amount of pain. The medical Technician Bain came on the unit and immediately began using profane language toward me in an aggressive manner. She said "Get your mother fucking ass up before I slam your stupid fucking head on the floor." she lifted my head off of the floor and let go which made me hit my head hard on the floor again. "Get the fuck up and get in this fucking wheel chair" she said more angrily than before. After I told her that I couldn't walk or even move she grabbed both of my arms and pulled me to a sitting position which caused a whole lot more pain to my back and left leg. Once she saw that I couldn't sit up right or walk she stood up straight and told the SGT. Houston that I did not have any medical problems. Then she left like she didn't have to do anything else. SGT. Houston walked up

4

Revised 9/2007

close to me with several correctional officers. "Get up and go to your cell" He said while holding some of that spray stuff that's in the can. I then informed him that I could not walk. He told the officers. Pick me up and take me to my cell. Two of the officers drug me to my cell and layed me on the floor. Officer Cortez and Nurse Hayes came to my cell door asking If I wanted to take my medication but I told Nurse Hayes that I could not walk over to the door and that I need some immediate medical attention. She refused to check on me. eventhough I told her that I could not walk and I was in severe pain. My cell mate at the time Caz Link who is twice my size had to pick me up and put me in my bed because I could not do anything myself. The next morning on November 8th, 2015 the officer working our unit came on the tier and screamed "Get ready for Rec". When he came to my assigned cell which was cell 10 at the time I told him that I could not move because I fell the day before. Officer Skipper then called for backup which brought several deputies and Sgt. Doody up to 3D. Sgt. Doody wanted to know what was going on with me and I was refusing recreation. I let him know that I never refused recreation, but I could not move do to me falling the night before and injuring myself. He still tried to force me to get up and walk to the gym which is in the basement from 3D which is on the 3rd floor. I seriously couldn't walk or move, I was in a whole lot of pain and I kept explaining this fact to Sgt. Doody and the other officers who

were standing there listening. Sgt. Doody finally called to the dispensary they sent up two nurses. One of the nurses I don't know her but the other one is nurse Heartly-Smith. Nurse Heartly-Smith did my blood pressure my blood pressure was up high. I explained to her what was wrong with me and I needed her to check my back and left leg out but she refused. She left out of the unit along with the other nurse after telling Sgt. Doody that I was okay. By this time Sgt. Crump came on the unit while I was telling Sgt. Doody that I could not walk and eventhough nurse Heartly-Smith said I was okay she did not give me a proper assessment. Both Sgt. Doody and Sgt Crump tried to force me to get up and walk to recreation but I was not able to do so. They were so built in trying to force me to get up and walk to recreation that they were not willing to listen to nothing I was telling them. My back and leg was hurting seriously bad and there was no way possible that I could have got up out of my bed to walk anywhere. When Sgt. Doody and Sgt. Crump realized I really couldn't walk, they started talking quietly amongst each other. Then they told officer Etapa and officer Martin to carry me to the dispensary. They carried me from 3D on the third floor all the way to the second floor of Division 10, when we got in front of the medal detector officer Etapa and officer Martin ask some of the officers who were there to carry me the rest of the way. Officer Taledo and another officer that I don't know began to help carry me, as soon as I was passed over to them officer Taledo started bending my wrist. He kept bending my wrist all the way to the dispensary, as soon as we got inside of the dispensary officer Taledo threw me down on the floor but right in front of the plastic chairs that are available for Detainees. I was in so much pain I

almost passed out. I yelled out loud because of the pain and both Sgt. Doody and Sgt. Crump came inside of the dispensary. "What's going on"? Sgt. Doody asked. "He threw me down on the floor"! I responded truthfully while laying on the floor squirming in a whole lot of pain. Sgt. Crump walked into the other part where the nurses, doctors and officers be and never said a word about what was happening. Sgt. Doody had officer Taledo and the other officer to take me into the other part and put me in a chair. They handcuffed me behind my back and that was even more painful. Nurse Heartly-Smith and Nurse Abna came inside the dispensary and they both saw me going through that painful situation but they still did nothing to help me instead Nurse Abna went off everything that Nurse Heartly-Smith had already documented. I asked for them to check my back and my left leg but they refused. Nurse Abna cleared me, so Sgt. Doody called on his walkee-talkee and told officer Skipper to send two inmates up that would volunteer to carry me back up to the unit. From the 8th of November up until November 12th inmates were helping me move from my cell to the dayroom, the dayroom back to my cell. I could not eat, take my medication or do anything at all because of the pain that I'm in. It took the medical staff five days to give me some real medical attention and as soon as they came with a wheelchair to get me. They had to take me to cermak which is the hospital part of the jail. The Doctor at cermak sent me to Stroger's hospital where I stayed for 11 days do to severe damage that was caused to my back. That's exactly how things went, thank you very much.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I request that the court grant me compensatory and punitive damages in the amount of $250,000. I also request to receive pain and suffering in the amount of $250,000 and I ask the court to hold all parties involved accountable for their actions, and any other compensation the court deems fair and just.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___20___ day of __May__, 20_16_

_Brandon Carter_
(Signature of plaintiff or plaintiffs)

_Brandon Carter_
(Print name)

_20120921208_
(I.D. Number)

_2917 N th 23ed Street_

_Milwaukee, WI 53206_
(Address)